LOUIS FOLKOWITZ, Plaintiff, v. BROOKLYN TRUST COMPANY, Appellant; H. S. LEVY AND SONS, INC., Respondent, and SAUL A. FORTUNOFF, Defendant.— Action for personal injuries owing to plaintiff's suffering a fall in an apartment house, as a consequence of obstructions placed in the vestibule by the proposed defendant H. S. Levy & Sons, Inc., at the direction of defendant Fortunoff, the premises being under control of defendant Brooklyn Trust Company. Order denying motion of Brooklyn Trust Company for leave to serve an amended answer with

a cross-complaint against defendant H. S. Levy & Sons, Inc., reversed on the law and the facts, with ten dollars costs and disbursements, and the motion granted, without costs; the amended answer to be served within ten days from the entry of the order hereon. H. S. Levy & Sons, Inc., stands in the relation of an indemnitor to defendant Brooklyn Trust Company under the facts set out in the complaint. (*Hailfinger* v. *Meyer*, 215 App. Div. 35; *Scott* v. *Curtis*, 195 N. Y. 424.) The plaintiff has evinced no objection to H. S. Levy & Sons, Inc., being made a party defendant; therefore, the motion of Brooklyn Trust Company to serve an amended answer with a cross-complaint, making H. S. Levy & Sons, Inc., a codefendant, on the theory that it is one of those primarily liable and, therefore, stands in the relation of an indemnitor to the movant, should have been granted. (*Fox* v. *Western New York Motor Lines, Inc.*, 257 N. Y. 305.) Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.